Kenneth E. Dyer Sr.
Reg.No.19054-075
Fed.Prison Camp
P.O.Box 2000
Millington,TN.38083

September 14,2014

RE:US v.Kenneth E.Dyer,Sr.
Cr. No# 3:09-00085

RECEIVED
IN CLERK'S OFFICE
SEP 17 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

Dear Clerk of the Court

ATTN:Honorable William J.Hayes,Jr.

My name is Kenneth Dyer,Sr. currently I am being housed at a complex in Millington,TN. I am writing this Court in regard to the New Amendments that is now available for sentence reductions that I may be able to benefit from. However, Sir. I am asking this Court for appointment of Counsel .Mr.William Jordan Steed III, at 150 4th Ave.Suite 1820 Nashville,TN.37219 to represent me in obtaining a reduction pursuant to Amendment 782 (The minus two level reduction).

As the Court may be aware that I do not have access to my Sentencing Transcripts or any other documents that may help me in filing a proper Motion for a reduction of sentence and Counsel is greatly needed in my behalf, because I believe that I am also eligible for 2 level reduction. I am asking that this Court take into consideration appointing me Counsel to assist me in obtaining a 2-level reduction in my sentence in light of Amendment 783.

Thanking you in advance for consideration in this matter.

Sincerely,

Kenneth E. Dyer, Sr. #19054-075

*[Handwritten annotation in right margin:] ORDER The Court Grants Dft's request to the extent request. [signature] 9-23-14*